# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-139

_____

JEROME ROBERSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

April 17, 2019

PER CURIAM.

The amended petition for belated appeal is denied on the merits.

LEWIS, WETHERELL, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jerome Roberson, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.